IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:20-CR-00109-1-DAD |
| | ) | |
| Plaintiff, | ) | **O R D E R**  |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| HUU TIEU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that John F. Garland be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 28, 2022, in place of panel attorney, Mark Coleman.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __August 16, 2022__                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

-1-