JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
HUU TIEU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00109 ADA-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON** |
| v. | |
| HUU TIEU, | |
| Defendant. | |

   Defendant, HUU TIEU, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Alexandre Dempsey, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant HUU TIEU ordered by this Court on July 14, 2020 (Doc. 6) be modified as follows:

   1. Condition (7)(j) be added as follows:

   You must participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you must pay all or part of the costs of the counseling services based upon your ability to pay. as determined by the PSO.

   2. All previously imposed conditions of release not in conflict with this Order shall remain in full force and effect.

1

The reason for the addition of this release condition is that Mr. Tieu believes the treatment will be beneficial to himself to remain in full compliance with the previously imposed conditions of pretrial release.

Pretrial Services Officer Elizabeth Gutierrez agrees to the above modification of pretrial release conditions.

Dated: October 19, 2022

/s/ John F. Garland
John F. Garland
Attorney for Defendant
HUU TIEU

Dated: October 19, 2022

Phillip A. Talbert
United States Attorney

/s/ Alexandre Dempsey
By:   Alexandre Dempsey
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that Pretrial Release conditions of defendant HUU TIEU are modified as set forth above.

**IT IS SO ORDERED**

Dated: 10/21/2022

*Sheila K. Oberto*
United States Magistrate Judge