UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-109-BAM |
|---|---|
| Plaintiff, | ORDER DENYING REQUEST TO RELATE CASES |
| v. | |
| HUU TIEU, | (Doc. 97) |
| Defendant. | |

A notice of related cases has been filed in this closed case seeking to relate this case to *United States v. Meis*, 1:24-cr-240-SAB.

The above entitled case has been closed for nearly a year, with judgment being entered on June 13, 2024. The undersigned determines that assignment of the actions to a single Judge is not likely to effect a savings of judicial effort or other economies. L.R. 123. The Court declines to relate and reassign this case.

All current hearings shall remain as currently set in *United States v. Meis*, 1:24-cr-240-SAB. The clerk of the court is directed to file this order in *United States v. Meis*, 1:24-cr-240-SAB.

IT IS SO ORDERED.

Dated: **May 2, 2025**                    /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1